U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA        :

          v.        :

JOSEPH S. WINSTEAD,        :        Case No.    07-339(JDB) **FILED**

    DEFENDANT.        :        DEC 2 0 2007

<u>O R D E R</u>        NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __20TH__ day of __DECEMBER 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __USPIS SA STEVEN MASON__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE U.S. POSTAL INSPECTION SERVICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA STEVEN MASON__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)    JOHN D. BATES

DOJ USA-16-1-80