UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-339 (JDB) |
| | : | MAGISTRATE NO. 07-MJ-057 |
| v. | : | |
| | : | **FILED** |
| JOSEPH S. WINSTEAD, | : | FEB 13 2008 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on February 13, 2008, defendant **Joseph S. Winstead,** entered a guilty plea to Count One of the Indictment charging mail fraud, in violation of 18 U.S.C. § 1341.

WHEREAS, the Court accepts the plea to Count One of the indictment and finds the defendant guilty as charged in the Indictment.

WHEREAS, the Indictment also alleged the criminal forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of a mail-fraud scheme as set forth above;

WHEREAS, in his guilty plea, the defendant expressly agreed to the entry of an Order of Forfeiture, under Fed.R.Crim.P. 32.2(b)(2), which concerns property subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of a mail-fraud scheme;

WHEREAS, this Court has determined, based on the facts set forth in the Statement of Offense, to which defendant has agreed, that the "Subject Property" is subject to forfeiture pursuant

to Title 28, United States Code, Section 2461(c)'s incorporation of Title 18, United States Code, Section 981(a)(1)(C), and that the evidence has established the requisite nexus between such property and the mail-fraud scheme to violate Title 18, United States Code, Section 1341;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C):

MONEY JUDGEMENT:

$31,757.79, which constitutes the amount of proceeds defendant derived from defendant's mail fraud scheme.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Daniel P. Butler, United States Attorney's Office, 555 Fourth Street, NW, Room 5231, Washington, D.C. 20530.

Dated this 13th day of February, 2008.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEFFREY A. TAYLOR
Bar. No. 498610
UNITED STATES ATTORNEY

By: *(signature)*
DANIEL P. BUTLER
Bar No. 417718
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov


*(signature)*                 *(signature)*
JOSEPH S. WINSTEAD         PAUL D. HUNT, ESQUIRE
Defendant                    Counsel for Defendant Winstead