# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 07-339-01 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH S. WINSTEAD,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits in the above-referenced matter this memorandum in aid of sentencing of defendant Joseph S. Winstead. Defendant pled guilty to mail fraud for defrauding the United States Postal Service ("USPS") of almost $39,000. Defendant perpetrated this fraud by falsely claiming to be serving on a jury in this courthouse in 2004 and 2006 on approximately 184 days when he in fact was not, resulting in defendant being paid his USPS salary when he was not showing up to work as he was required to do. As is discussed below, the government requests that the Court imposes a sentence within the applicable Sentencing Guidelines range of 8-14 months in Zone C, but defers to the Court as to the length and type of Guidelines sentence within that range and zone, including any applicable fine, and requests that defendant be ordered to repay the USPS for the money he wrongfully took.

## A. FACTUAL BACKGROUND

On December 7, 2007, a federal grand jury returned a four-count indictment charging defendant with mail fraud, in counts one through three, in violation of 18 U.S.C. §§ 1341 and 2 (causing an act to be done), and with misappropriation of postal funds, in count four, in violation of

18 U.S.C. § 1711.[1]  Presentence Investigation Report ("PSR"), at p. 3, ¶ 1; Indictment, Dkt. No. 3.

The indictment also included a criminal forfeiture notice.  PSR, at p. 3, ¶ 2; Indictment, Dkt. No. 3,

at pp. 6-7.  On February 13, 2008, defendant pled guilty to count one of the Indictment.  PSR, at p. 3,

¶ 3.  Sentencing is now set before the Court on May 5, 2008, at 9:00 a.m.  Id., at p. 1.

According to the statement of offense (Dkt. No. 10) and the Indictment (Dkt. No. 3) filed in

this matter, as well as the PSR, at pp. 4-5, ¶¶ 7-18, at all relevant times, USPS operated the Curseen-

Morris Processing and Distribution Center at 900 Brentwood Road, N.E., in the District of

Columbia.  At all relevant times, defendant was employed by the USPS as a Mail Processor,

primarily at Curseen-Morris.  Included within defendant's duties, among others, was the processing

of United States mail.

When a USPS employee is called for jury service in federal court, the employee is entitled

to be paid his or her normal salary while they actually serve as a juror or prospective juror.  The

employee is required, however, to submit documentation from the court showing the days that they

actually were serving as a juror or prospective juror so the employee could be paid for court leave.

Absent such documentation, the employee would be placed on leave without pay or absence without

leave from USPS.

In the fall of 2003, defendant was sent a Summons by the United States District Court for the

District of Columbia to appear for jury service on October 1, 2003.  Defendant did so appear and

went through a juror orientation.

Pursuant to the summons, defendant, in fact, did serve on a jury and did submit to his

---

[1]  The government attempted to reach a pre-indictment disposition of this matter.  Those efforts
were unsuccessful in that defendant refused to have any substantive discussions with the government
until after the case was indicted.

supervisors documentation that he so served.  Defendant, however, also submitted through the United States mail fraudulent documents showing him serving on the jury for approximately 144 days when, in fact, he did not do so, including many days (through October 15, 2004) past his dismissal from the jury on April 15, 2004.[2]  As a result of defendant's actions, he was paid by the USPS approximately $31,757.79 that he should not have been paid.

In the fall of 2005, defendant was again sent a summons for jury service in the United States District Court for the District of Columbia.  Thereafter, defendant did in fact serve on a jury in April of 2006 and submitted supporting documentation to his supervisors.  He also submitted in person fraudulent documentation showing that he had served for approximately 40 days when he was not engaged in jury service, including many days (through June 22, 2006) past his dismissal from the jury on April 28, 2006.  This caused USPS to pay defendant approximately $7,166.16 to which he was not entitled.[3]

---

[2]   The government is submitting herewith as exhibits the actual court document showing defendant's jury service in 2003-2004 and the resulting funds he received for that service (Exhibit #1) and, by way of example (there were numerous other submissions by defendant), the three submissions mailed to the USPS by defendant that were charged in the indictment (Exhibit #2). See Indictment, Dkt. No. 3, at 4, ¶ 13; PSR, at p. 5, ¶ 16.  All three of the mailed submissions were for dates after defendant had been dismissed from his jury service.  Comparison of the documents defendant submitted with the authenticate document show several alterations, including:  (1) the dollar amounts defendant received for his jury service are not on the altered documents; (2) the phone number for the court in the top right corner has been removed on the altered documents; and (3) the font size for the days and dates is different on the altered documents from that on the authenticate document.

[3]   It appears defendant was able to perpetrate this fraud in 2003-2004 due to a combination of circumstances, e.g., anthrax incident, anonymous jury.  The most important factor apparently was that, at that time period, the USPS employees from the Brentwood Road facility, including defendant, were scattered around to other postal facilities because of the anthrax incident in 2001 at the Brentwood facility.  That incident resulted in the deaths of employees Joseph Curseen, Jr., and Thomas Morris, Jr., for whom the facility was later renamed, and caused the closure of the facility from October of 2001 until about December of 2003.  The confusion caused by that moving around

## B. <u>SENTENCING FACTORS</u>

Title 18, United States Code, Section 3553(a), provides numerous factors that the Court shall consider in sentencing a defendant. These factors are discussed below numbered as they are in Section 3553(a).

(1) The Court should consider the nature and circumstances of the offense. Here, the defendant used two occasions of jury service to fraudulently claim to the USPS that he was serving on a jury on days when he in fact was not, including long after his actual service, resulting in payments to defendant by USPS of approximately $39,000 to which he was not entitled.

The Court should also consider the history and characteristics of the defendant. In this matter, defendant, who is 52 years old, has no known criminal record. PSR, at p. 6, ¶¶ 32-33. Accordingly, he is in Criminal History Category I. <u>Id.</u>, at ¶ 34. Defendant worked for USPS for about 34 years.

(2) The Court should also consider the need for the sentence imposed (a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (b) to afford adequate deterrence; (c) to protect the pubic; and (d) to provide defendant with appropriate education or vocational training. In this matter, as discussed above, the offense was serious and requires adequate punishment. The sentence should also be of such a nature so as to deter others from engaging in similar conduct. Defendant, however, does not appear to need additional education or vocational training. <u>See</u> PSR, at p. 8, ¶ 43.

(3) The Court should consider the kinds of sentences available. The maximum term of

---

of employees appears to have made it more difficult to keep track of where employees were supposed to be working.

imprisonment for this offense is a sentence of 20 years, with a term of supervised release of not more than 3 years. PSR, at p. 10, ¶¶ 52, 56.

(4) The Court should also consider the sentencing range established by the United States Sentencing Guidelines ("USSG"). As to these guidelines, the probation officer believes, and the parties concur, that the defendant's resulting Total Adjusted Offense Level for the offense is 11, his Criminal History category is I, and his USSG range is 8 to 14 months. PSR, at p. 10, ¶ 53; Plea Agreement, Dkt. No. 11, at p. 3, ¶ 3c. Because the applicable guidelines range is in Zone C, defendant is not eligible for probation. Id., at p. 11, ¶ 61. The minimum term of imprisonment may be satisfied by a term of supervised release with a condition that substitutes community confinement or home detention, provided that at least one-half of the minimum term is satisfied by imprisonment. Id., at p. 10, ¶ 53. The maximum fine is $250,000, and the Sentencing Guidelines range for a fine is $2,000 to $20,000. Id., at p. 11, ¶¶ 64, 66. The required Special Assessment is $100, which remains unpaid. Id., at ¶ 65.

(5) The Court should consider any pertinent policy statement issued by the Sentencing Commission. The government is not aware of any pertinent statements beyond those captured in the applicable Sentencing Guidelines range, which is discussed above.

(6) Moreover, the Court should consider the need to avoid unwarranted sentencing disparities among defendants with similar records. Here, a Guidelines sentence would help prevent such disparities between defendant and similar defendants.

(7) Finally, the Court should consider the need to provide restitution to any victims of the offense. Defendant has agreed to pay full restitution of $38,923.95 to the United States Postal Service. PSR, at p. 12, ¶ 70; Plea Agreement, Dkt. No. 11, at p. 4, ¶ 8. Defendant also agreed to a

5

forfeiture order of $31,757.59, which amount corresponds to his guilty plea to count one. PSR, at p. 12, ¶ 69; Plea Agreement, Dkt. No. 11, at p. 4, ¶ 7. The parties agreed, however, that, to the extent forfeiture is obtained, that a corresponding amount may be deducted from the restitution amount due. Plea Agreement, Dkt. No. 11, at p. 4, ¶ 8.

## C. RECOMMENDATION

In 2004 and 2006, defendant used a legitimate reason to be absent from work, jury service, to perpetrate a fraud upon his employer, the USPS, by claiming he was engaged in jury service when he was not, including long after his jury service ended in both years. He did so by filing numerous fraudulent documents with the USPS falsely showing jury service when defendant was not actually serving. Defendant's fraud involved substantial effort and planning, was ongoing over a significant period of time in two different years, and resulted in USPS paying defendant approximately $39,000 to which he was not entitled.

Accordingly, the government requests that the Court impose a sentence within the Guidelines range of 8-14 months, in Zone C, but defers to the Court as to the actual length and type of Guidelines sentence within that range and zone. See United States v. Gall, ___ U.S. ___, 128 S.Ct. 586, 597 (2007) ("[i]f the sentence is within the Guidelines range, the appellate court may, but is not required to, apply a presumption of reasonableness"); United States v. Dorcely, 454 F.3d 366, 376 (D.C. Cir. 2006) ("a sentence within a properly calculated Guidelines range is entitled to a rebuttable presumption of reasonableness"); Plea Agreement, Dkt. No. 11, at p. 3, ¶ 4 ("[t]he parties agree that a sentence within the Stipulated Guidelines Range would constitute a reasonable sentence in light of all the factors set forth in Title 18, United States Code, Section 3553(a)"). This deference includes as to what amount of fine, if any, defendant should pay. See PSR, at p. 10, ¶ 51 ("[u]pon

review of the defendant's financial profile, he does appear to have the ability to pay a fine").

Furthermore, as stated above, defendant should be ordered to make the appropriate restitution and/or

forfeiture to the USPS. A final proposed Order of forfeiture will be filed with the Court at or before

sentencing.

<div style="margin-left:40%;">

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By:    / s /  *Daniel P. Butler*
_____
DANIEL P. BUTLER
D.C. Bar #417718
Assistant U.S. Attorney
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov

</div>

# EXHIBIT 1

**Jury Office**
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC  20001
(202) 354-3360

**August 11, 2006**

**JOSEPH S WINSTEAD**

‒

**WASHINGTON, DC**

**To Whom It May Concern:**

**The above noted individual attended court as a juror on the following days:**

| | | |
|---|---|---|
| Wednesday | Oct 01, 2003 | 40.00 |
| Tuesday | Oct 07, 2003 | 40.00 |
| Thursday | Oct 16, 2003 | 40.00 |
| Friday | Oct 17, 2003 | 40.00 |
| Monday | Oct 20, 2003 | 40.00 |
| Tuesday | Oct 21, 2003 | 40.00 |
| Wednesday | Oct 22, 2003 | 40.00 |
| Thursday | Oct 23, 2003 | 40.00 |
| Monday | Oct 27, 2003 | 40.00 |
| Tuesday | Oct 28, 2003 | 40.00 |
| Wednesday | Oct 29, 2003 | 40.00 |
| Thursday | Oct 30, 2003 | 40.00 |
| Monday | Nov 03, 2003 | 40.00 |
| Tuesday | Nov 04, 2003 | 40.00 |
| Wednesday | Nov 05, 2003 | 40.00 |
| Thursday | Nov 06, 2003 | 40.00 |
| Monday | Nov 10, 2003 | 40.00 |
| Wednesday | Nov 12, 2003 | 40.00 |
| Thursday | Nov 13, 2003 | 40.00 |
| Friday | Nov 14, 2003 | 40.00 |
| Monday | Nov 17, 2003 | 40.00 |
| Tuesday | Nov 18, 2003 | 40.00 |
| Wednesday | Nov 19, 2003 | 40.00 |
| Thursday | Nov 20, 2003 | 40.00 |
| Monday | Nov 24, 2003 | 40.00 |
| Tuesday | Nov 25, 2003 | 40.00 |
| Wednesday | Nov 26, 2003 | 40.00 |
| Monday | Dec 01, 2003 | 40.00 |
| Tuesday | Dec 02, 2003 | 40.00 |
| Wednesday | Dec 03, 2003 | 40.00 |
| Thursday | Dec 04, 2003 | 50.00 |
| Monday | Dec 08, 2003 | 50.00 |
| Tuesday | Dec 09, 2003 | 50.00 |
| Wednesday | Dec 10, 2003 | 50.00 |

**Jury Office**
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001
(202) 354-3360

**August 11, 2006**

**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | | |
|---|---|---|
| Thursday | Dec 11, 2003 | 50.00 |
| Monday | Dec 15, 2003 | 50.00 |
| Tuesday | Dec 16, 2003 | 50.00 |
| Wednesday | Dec 17, 2003 | 50.00 |
| Thursday | Dec 18, 2003 | 50.00 |
| Tuesday | Jan 06, 2004 | 50.00 |
| Wednesday | Jan 07, 2004 | 50.00 |
| Thursday | Jan 08, 2004 | 50.00 |
| Friday | Jan 09, 2004 | 50.00 |
| Monday | Jan 12, 2004 | 50.00 |
| Tuesday | Jan 13, 2004 | 50.00 |
| Wednesday | Jan 14, 2004 | 50.00 |
| Thursday | Jan 15, 2004 | 50.00 |
| Tuesday | Jan 20, 2004 | 50.00 |
| Wednesday | Jan 21, 2004 | 50.00 |
| Thursday | Jan 22, 2004 | 50.00 |
| Monday | Jan 26, 2004 | 50.00 |
| Tuesday | Jan 27, 2004 | 50.00 |
| Wednesday | Jan 28, 2004 | 50.00 |
| Thursday | Jan 29, 2004 | 50.00 |
| Monday | Feb 02, 2004 | 50.00 |
| Tuesday | Feb 03, 2004 | 50.00 |
| Wednesday | Feb 04, 2004 | 50.00 |
| Thursday | Feb 05, 2004 | 50.00 |
| Monday | Feb 09, 2004 | 50.00 |
| Tuesday | Feb 10, 2004 | 50.00 |
| Wednesday | Feb 11, 2004 | 50.00 |
| Thursday | Feb 12, 2004 | 50.00 |
| Tuesday | Feb 17, 2004 | 50.00 |
| Wednesday | Feb 18, 2004 | 50.00 |
| Thursday | Feb 19, 2004 | 50.00 |
| Friday | Feb 20, 2004 | 50.00 |
| Monday | Feb 23, 2004 | 50.00 |
| Tuesday | Feb 24, 2004 | 50.00 |

**Jury Office**
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001
(202) 354-3360

**August 11, 2006**

**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

**To Whom It May Concern:**

**The above noted individual attended court as a juror on the following days:**

| | | |
|---|---|---|
| Wednesday | Feb 25, 2004 | 50.00 |
| Wednesday | Mar 10, 2004 | 50.00 |
| Thursday | Mar 11, 2004 | 50.00 |
| Friday | Mar 12, 2004 | 50.00 |
| Monday | Mar 15, 2004 | 50.00 |
| Tuesday | Mar 16, 2004 | 50.00 |
| Wednesday | Mar 17, 2004 | 50.00 |
| Thursday | Mar 18, 2004 | 50.00 |
| Monday | Mar 22, 2004 | 50.00 |
| Tuesday | Mar 23, 2004 | 50.00 |
| Wednesday | Mar 24, 2004 | 50.00 |
| Thursday | Mar 25, 2004 | 50.00 |
| Monday | Mar 29, 2004 | 50.00 |
| Tuesday | Mar 30, 2004 | 50.00 |
| Wednesday | Mar 31, 2004 | 50.00 |
| Thursday | Apr 01, 2004 | 50.00 |
| Monday | Apr 05, 2004 | 50.00 |
| Tuesday | Apr 06, 2004 | 50.00 |
| Wednesday | Apr 07, 2004 | 50.00 |
| Thursday | Apr 08, 2004 | 50.00 |
| Tuesday | Apr 13, 2004 | 50.00 |
| Wednesday | Apr 14, 2004 | 50.00 |
| Thursday | Apr 15, 2004 | 50.00 |

**Total Amount Paid:** **$4,250.00**

Regina Larry
Jury Administrator

EXHIBIT 1

**Jury Office**
**UNITED STATES DISTRICT COURT**
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC  20001
(202) 354-3360

August 11, 2006

JOSEPH S WINSTEAD

‐

WASHINGTON, DC

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | | |
|---|---|---|
| Wednesday | Oct 01, 2003 | 40.00 |
| Tuesday | Oct 07, 2003 | 40.00 |
| Thursday | Oct 16, 2003 | 40.00 |
| Friday | Oct 17, 2003 | 40.00 |
| Monday | Oct 20, 2003 | 40.00 |
| Tuesday | Oct 21, 2003 | 40.00 |
| Wednesday | Oct 22, 2003 | 40.00 |
| Thursday | Oct 23, 2003 | 40.00 |
| Monday | Oct 27, 2003 | 40.00 |
| Tuesday | Oct 28, 2003 | 40.00 |
| Wednesday | Oct 29, 2003 | 40.00 |
| Thursday | Oct 30, 2003 | 40.00 |
| Monday | Nov 03, 2003 | 40.00 |
| Tuesday | Nov 04, 2003 | 40.00 |
| Wednesday | Nov 05, 2003 | 40.00 |
| Thursday | Nov 06, 2003 | 40.00 |
| Monday | Nov 10, 2003 | 40.00 |
| Wednesday | Nov 12, 2003 | 40.00 |
| Thursday | Nov 13, 2003 | 40.00 |
| Friday | Nov 14, 2003 | 40.00 |
| Monday | Nov 17, 2003 | 40.00 |
| Tuesday | Nov 18, 2003 | 40.00 |
| Wednesday | Nov 19, 2003 | 40.00 |
| Thursday | Nov 20, 2003 | 40.00 |
| Monday | Nov 24, 2003 | 40.00 |
| Tuesday | Nov 25, 2003 | 40.00 |
| Wednesday | Nov 26, 2003 | 40.00 |
| Monday | Dec 01, 2003 | 40.00 |
| Tuesday | Dec 02, 2003 | 40.00 |
| Wednesday | Dec 03, 2003 | 40.00 |
| Thursday | Dec 04, 2003 | 50.00 |
| Monday | Dec 08, 2003 | 50.00 |
| Tuesday | Dec 09, 2003 | 50.00 |
| Wednesday | Dec 10, 2003 | 50.00 |

## Jury Office
## UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001
(202) 354-3360

**August 11, 2006**

**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | | |
|---|---|---|
| Thursday | Dec 11, 2003 | 50.00 |
| Monday | Dec 15, 2003 | 50.00 |
| Tuesday | Dec 16, 2003 | 50.00 |
| Wednesday | Dec 17, 2003 | 50.00 |
| Thursday | Dec 18, 2003 | 50.00 |
| Tuesday | Jan 06, 2004 | 50.00 |
| Wednesday | Jan 07, 2004 | 50.00 |
| Thursday | Jan 08, 2004 | 50.00 |
| Friday | Jan 09, 2004 | 50.00 |
| Monday | Jan 12, 2004 | 50.00 |
| Tuesday | Jan 13, 2004 | 50.00 |
| Wednesday | Jan 14, 2004 | 50.00 |
| Thursday | Jan 15, 2004 | 50.00 |
| Tuesday | Jan 20, 2004 | 50.00 |
| Wednesday | Jan 21, 2004 | 50.00 |
| Thursday | Jan 22, 2004 | 50.00 |
| Monday | Jan 26, 2004 | 50.00 |
| Tuesday | Jan 27, 2004 | 50.00 |
| Wednesday | Jan 28, 2004 | 50.00 |
| Thursday | Jan 29, 2004 | 50.00 |
| Monday | Feb 02, 2004 | 50.00 |
| Tuesday | Feb 03, 2004 | 50.00 |
| Wednesday | Feb 04, 2004 | 50.00 |
| Thursday | Feb 05, 2004 | 50.00 |
| Monday | Feb 09, 2004 | 50.00 |
| Tuesday | Feb 10, 2004 | 50.00 |
| Wednesday | Feb 11, 2004 | 50.00 |
| Thursday | Feb 12, 2004 | 50.00 |
| Tuesday | Feb 17, 2004 | 50.00 |
| Wednesday | Feb 18, 2004 | 50.00 |
| Thursday | Feb 19, 2004 | 50.00 |
| Friday | Feb 20, 2004 | 50.00 |
| Monday | Feb 23, 2004 | 50.00 |
| Tuesday | Feb 24, 2004 | 50.00 |

**Jury Office**
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001
(202) 354-3360

August 11, 2006

JOSEPH S WINSTEAD

WASHINGTON, DC

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | | |
|---|---|---|
| Wednesday | Feb 25, 2004 | 50.00 |
| Wednesday | Mar 10, 2004 | 50.00 |
| Thursday | Mar 11, 2004 | 50.00 |
| Friday | Mar 12, 2004 | 50.00 |
| Monday | Mar 15, 2004 | 50.00 |
| Tuesday | Mar 16, 2004 | 50.00 |
| Wednesday | Mar 17, 2004 | 50.00 |
| Thursday | Mar 18, 2004 | 50.00 |
| Monday | Mar 22, 2004 | 50.00 |
| Tuesday | Mar 23, 2004 | 50.00 |
| Wednesday | Mar 24, 2004 | 50.00 |
| Thursday | Mar 25, 2004 | 50.00 |
| Monday | Mar 29, 2004 | 50.00 |
| Tuesday | Mar 30, 2004 | 50.00 |
| Wednesday | Mar 31, 2004 | 50.00 |
| Thursday | Apr 01, 2004 | 50.00 |
| Monday | Apr 05, 2004 | 50.00 |
| Tuesday | Apr 06, 2004 | 50.00 |
| Wednesday | Apr 07, 2004 | 50.00 |
| Thursday | Apr 08, 2004 | 50.00 |
| Tuesday | Apr 13, 2004 | 50.00 |
| Wednesday | Apr 14, 2004 | 50.00 |
| Thursday | Apr 15, 2004 | 50.00 |

Total Amount Paid:          $4,250.00

Regina Larry
Jury Administrator

# EXHIBIT 2

Jury Office
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001

June 29, 2004

**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | | |
|---|---|---|
| Wednesday | Jun 16, | 2004 |
| Thursday | Jun 17, | 2004 |
| Friday | Jun 18, | 2004 |
| Monday | Jun 21, | 2004 |
| Tuesday | Jun 22, | 2004 |
| Wednesday | Jun 23, | 2004 |
| Thursday | Jun 24, | 2004 |
| Friday | Jun 25, | 2004 |
| Monday | Jun 28, | 2004 |
| Tuesday | Jun 29, | 2004 |

**Victoria M. Hairston**
**Jury Administrator**

JUL-16-04 04:45A ED/OSER2 6CST

P.02

Jury Office
# UNITED STATES DISTRICT COURT
for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC 20001

August 6, 2004

**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

**To Whom It May Concern:**

**The above noted individual attended court as a juror on the following days:**

| | | |
|---|---|---|
| Monday | Jul 26, | 2004 |
| Tuesday | Jul 27, | 2004 |
| Wednesday | Jul 28, | 2004 |
| Thursday | Jul 29, | 2004 |
| Friday | Jul 30, | 2004 |
| Monday | Aug 02, | 2004 |
| Tuesday | Aug 03, | 2004 |
| Wednesday | Aug 04, | 2004 |
| Thursday | Aug 05, | 2004 |
| Friday | Aug 06, | 2004 |

Victoria M. Hairston
Jury Administrator

Jury Office
# UNITED STATES DISTRICT COURT
### for the District of Columbia

Nancy Mayer-Whittington
Clerk of Court

333 Constitution Ave NW
Room 4214
Washington, DC  20001

September 17, 2004
**JOSEPH S WINSTEAD**

**WASHINGTON, DC**

To Whom It May Concern:

The above noted individual attended court as a juror on the following days:

| | |
|---|---|
| Tuesday | Sep 07,  2004 |
| Wednesday | Sep 08,  2004 |
| Thursday | Sep 09,  2004 |
| Friday | Sep 10,  2004 |
| Monday | Sep 13,  2004 |
| Tuesday | Sep 14,  2004 |
| Wednesday | Sep 15,  2004 |
| Thursday | Sep 16,  2004 |
| Friday | Sep 17,  2004 |

Victoria M. Hairston
Jury Administrator