HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-339 |
| | : | |
| vs. | : | |
| | : | |
| WINSTEAD, Joseph S. | : | Disclosure Date: March 31, 2008 |

**FILED**

MAY 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4-14-08
Prosecuting Attorney                Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant          Date              Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 12, 2008**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

Page 3, ¶ 3 – The indictment also charges, in Court Four, conduct between on or about April 3, 2006, until on or about June 23, 2006

Page 5, ¶ 16 – I suggest that the first sentence read as follows: "There are three mailings charged in Counts One through Three of the Indictment." The next sentence should start where it presently says "Defendant Winstead mailed . . ." This helps makes it clear these are the mailings charged. There were many other mailings, but those are not charged as separate counts.

Page 10, ¶ 53 – do you want to put something about this is Zone C and as to the potential sentences in Zone C, e.g., language in USSG § 5C1.1(d)

Page 10, ¶ 56 – you may want to delete the second period at the end of the sentence.

Page 12, ¶ 68 – in the last sentence, where it says "restitution foreseeable," you may want to add the words "in the" between those two words.

Signed by: *Daniel P. Butler*
Daniel P. Butler
Assistant United States Attorney

Date:     April 14, 2008