UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-339 (JDB) |
| | : | |
| v. | : | FILED |
| | : | |
| JOSEPH S. WINSTEAD, | : | MAY 0 6 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

### FINAL ORDER OF FORFEITURE

WHEREAS, on February 13, 2008, defendant **Joseph S. Winstead,** entered a guilty plea to Count One of the Indictment which charges mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2.

WHEREAS, the Court has accepted the plea to Count One of the Indictment and found the defendant guilty as charged in that count.

WHEREAS, the Indictment also alleged the criminal forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of a mail-fraud scheme as set forth above;

WHEREAS, in his guilty plea, the defendant expressly agreed to the entry of an Order of Forfeiture, under Fed.R.Crim.P. 32.2(b)(2), which concerns property subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of a mail-fraud scheme;

WHEREAS, this Court has determined, based on the facts set forth in the Statement of

Offense, to which defendant has agreed, that the "Subject Property" is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c)'s incorporation of Title18, United States Code, Section 981(a)(1)(C), and that the evidence has established the requisite nexus between such property and the mail-fraud scheme to violate Title 18, United States Code, Sections 1341 and 2;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest in the property described in the Preliminary Order of Forfeiture and set forth below:

MONEY JUDGEMENT:

$31,757.79, which constitutes the amount of proceeds defendant derived from defendant's mail fraud scheme,

is hereby vested in the United States of America and that no other right, title or interest in, and to, said property shall exist;

2. Upon receipt of each payment of the money judgment, the United States Marshals Service shall seize and dispose of each payment in accordance with applicable law; and

3. The Clerk of the Court is directed to forward a certified copy of this Order to the United States Marshals Service and all counsel of record.

Dated this _____ day of May, 2008.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

2