HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Joseph S. Winstead          Docket No.: 07 ~~09~~-CR-339

**FILED**

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Joseph S. Winstead__ having been sentenced, on May 5, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Fairton__, in __Fairton, NJ__ by 2 p.m., on __July 7, 2008__.

_June 19, 2008_
Date

_[signed]_
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signed]_                           x¹ _Joseph Winstead_
ATTORNEY/U.S. PROBATION OFFICER        DEFENDANT

Revised 6-2004